S & H Clinton Assoc., LLC v Cherry (2021 NY Slip Op 51244(U))

[*1]

S & H Clinton Assoc., LLC v Cherry

2021 NY Slip Op 51244(U) [73 Misc 3d 145(A)]

Decided on December 16, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through January 31, 2022; it will not be
published in the printed Official Reports.

Decided on December 16, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., JERRY GARGUILO, HELEN
VOUTSINAS, JJ

2021-165 N C

S & H Clinton Associates, LLC,
Respondent,
against
Tyrone Cherry, Appellant. 

Tyrone Cherry, appellant pro se.
Horing, Welikson & Rosen P.C. for respondent (no brief
filed).

Appeal from an order of the District Court of Nassau County, First District (Scott Fairgrieve,
J.), dated October 29, 2019. The order denied tenant's motion for, in effect, leave to reargue his
motion made upon alleged newly-discovered evidence to "[r]e-open [the] case" in a nonpayment
summary proceeding.

ORDERED that the appeal is dismissed.
In this nonpayment proceeding to recover possession of a rent-stabilized apartment, by order
dated December 14, 2018, the District Court denied tenant's postjudgment motion to "[r]e-open
[the] case" based on purported newly-discovered evidence regarding the service of the rent
notice, the notice of petition and the petition. Tenant then moved for, in effect, leave to reargue
that prior motion and now appeals from an order of the District Court dated October 29, 2019,
wherein the District Court denied tenant's motion. However, it is well settled that no appeal lies
from an order denying reargument (see U.S. Bank N.A. v McCaffery, 186 AD3d 897, 899
[2020]; Liang v Yi Jing Tan, 155 AD3d 1022, 1023 [2017]).
Accordingly, the appeal is dismissed.
RUDERMAN, P.J., and VOUTSINAS, J., concur.
GARGUILO, J., taking no part.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 16, 2021